```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
TIMMY RICARDO REGISFORD,                                     :
                                                             :
                              Plaintiff,                     :   ORDER REGULATING
            v.                                               :   PROCEEDINGS
                                                             :
LYNN LOCKAMY,                                                :   23 Civ. 5928 (AKH)
                                                             :
                                                             :
                              Defendant.                     :
------------------------------------------------------------ X
------------------------------------------------------------ X
LYNN LOCKAMY,                                                :
                                                             :
                              Plaintiff,                     :   24 Civ. 8933 (AKH)
            v.                                               :
                                                             :
TRIBE RECORDS, LTD., et al.,                                 :
                                                             :
                              Defendants.                    :
------------------------------------------------------------ X
```

ALVIN K. HELLERSTEIN, U.S.D.J.:

I dismiss *Lockamy v. Tribe Records, Ltd., et al.*, 24 Civ. 8933 *sua sponte* since the same cause of action has been alleged in Lockamy's third-party complaint in *Regisford v. Lockamy*, 23 Civ. 5928, at ECF No. 52.

All service of process for Lockamy's third-party complaint, ECF No. 52, shall be completed by February 28, 2025, or dismissed if not completed. If a party is not served by that date, I will dismiss it from the action.

All answers by all third-party defendants, including Universal Music Publishing Group, are due by March 28, 2025.

The pre-trial conference scheduled for February 6, 2025 is adjourned to Friday, April 25, 2025 at 10:00 a.m, and will be held via the following dial-in information:

**Call-in number: 646-453-4442**

**Access code: 534 384 136#**

To ensure that the call proceeds smoothly and to avoid disruption, the Court directs those calling in (other than counsel) to mute their telephones. Additionally, all participants are directed to call 10 minutes prior to the start of the conference.

By April 22, 2025, at 12:00 p.m., the parties shall jointly submit to the Court (via the email address HellersteinNYSDChambers@nysd.uscourts.gov), a list of all counsel expected to appear on the record at the conference, along with their contact information

The Clerk of Court shall close 24 Civ. 8399, and terminate ECF No. 67 of 23 Civ. 5928.

SO ORDERED.

Dated:   February 3, 2025
         New York, New York

_____
ALVIN K. HELLERSTEIN
United States District Judge